UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUMMER TURNER,<br><br>                Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON,<br><br>                Defendant. | CASE NO. **2:22-cv-00389-LK**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff.

DATED this 4th day of April, 2022.

                                                        BRIAN A. TSUCHIDA
                                                        United States Magistrate Judge