UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUMMER TURNER,<br><br>       Plaintiff,<br>   v.<br><br>STATE OF WASHINGTON et al.,<br><br>       Defendants. | CASE NO. 2:22-cv-00389-LK<br><br>ORDER |

On April 19, 2022, the Court ordered Plaintiff Summer Turner to show cause why this action should not be dismissed for failure to state a claim. Dkt. No. 6 at 2. The Court required Ms. Turner to respond to the order to show cause by filing an amended complaint within 30 days and specifically warned that the complaint would be dismissed if it failed to state sufficient facts to support a cognizable legal theory. *Id.*

More than 30 days have passed since the Court's order to show cause, and Ms. Turner has failed to respond in any way. Accordingly, the Court DISMISSES the complaint without prejudice. The Clerk is directed to send a copy of this Order to Plaintiff at her last known address.

ORDER - 1

Dated this 13th day of September, 2022.

                                              Lauren King
                                              United States District Judge

ORDER - 2